FILED

2011 Jun-28  AM 09:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

WILLIAM CLYDE BRADFORD,     )
                            )
            Plaintiff       )
                            )
    vs.                     )        Case No.  5:10-cv-00060-KOB
                            )
LARRY AMERSON, et al.,      )
                            )
            Defendants      )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 19, 2011, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. (Doc. 11).  Specifically, the magistrate judge found that the plaintiff's claims are barred by the applicable statute of limitations.  The plaintiff filed objections to the report and recommendation on June 1, 2011. (Doc. 13).  However, he offered no law disputing the application of the two-year statute of limitation that expired prior to the filing of this action.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the Plaintiff's objections, the court

finds that the magistrate judge's report is due to be and is hereby ADOPTED and the

recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed

pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may

be granted.  A Final Judgment will be entered.

DATED this 28th day of June, 2011.


_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE